UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

JOHN C. MENTAG,

        Debtor.
_____/

Case No. 09-67842
Chapter 7
Hon. Walter Shapero

## ORDER IN CONNECTION WITH OPINION ON MOTION FOR RELIEF FROM STAY AND DISTRICT COURT REMAND AND RELATED MATTERS

For the reasons set forth in the opinion entered contemporaneously herewith in relation to 18231 Beverly Rd., Beverly Hills, Michigan;

**IT IS HEREBY ORDERED** that GMAC Mortgage LLC has, and has had, proper standing throughout these motion(s) for relief proceedings, to pursue said motions, and is entitled to do so;

**IT IS FURTHER HEREBY ORDERED** that GMAC Mortgage LLC's motion(s) for relief from the automatic stay and/or any other applicable statutory or court stay orders are granted, effective as of the date hereof; and GMAC Mortgage LLC is thus hereafter free to exercise whatever state court rights and remedies it may have in, and related to, the said property.

**Signed on May 25, 2012**

                              /s/ Walter Shapero
                             **Walter Shapero**
                             **United States Bankruptcy Judge**